THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS BROOKS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EUGENIA KNAPP, Respondent, v. GEORGE SALLAWAY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM LIPSON, Doing Business as WM. LIPSON & COMPANY, Appellant, v. CEASOR MILLS CH. PERMAN & SONS, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GRANT L. BARTELSTONE, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant a new trial.

LOUIS FRUCHTER, an Infant over the Age of 14 Years, by IRVING FRUCHTER, His Guardian ad Litem, and IRVING FRUCHTER, Individually, Appellants, v. THE CITY OF NEW YORK, THE CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., and SICILIAN ASPHALT PAVING COMPANY, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer and Cohn, JJ., dissent and vote to reverse and grant a new trial as to the defendant The Consolidated Edison Company of New York, Inc.

JOHN MULLER, JR., an Infant, by JOHN MULLER, His Guardian ad Litem, and JOHN MULLER, Respondents, v. MARIBERT REALTY CORPORATION and DYCKMAN SPORTS STADIUM, INC., Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MEYER L. AGIN, Respondent, v. WILLIAM I. ALPERT and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

IRVING DANZIG and Another, Appellants, v. HAROLD M. HESS, as Treasurer of New York Fire Insurance Exchange, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

IRVING DANZIG and Another, Appellants, v. HAROLD M. HESS, as Treasurer of New York Fire Insurance Exchange, Respondent.— Order, so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of IRMA M. READY, Appellant, for an Order against WILLIAM HODSON, Commissioner of the Department of Welfare, City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of MARGARET J. KNOTT and Others, Appellants, against FIORELLO H. LAGUARDIA, Chairman, and Others, Members of and Constituting the Board of Estimate of the City of New York, Respondents.—